UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- --- - x
In re:                                          :    Chapter 11
                                                :
LEON LOWENTHAL.,                                :    Case No. 19-24115 (RDD)
                                                :
                                                :
                    Debtor.                     :
                                                :
---------------------------------- x

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF NOTICES,
PLEADINGS AND OTHER FORMS AND RESERVATION OF RIGHTS**

SIRS:

**PLEASE TAKE NOTICE** that Darren Singer, a creditor and party in interest in the above captioned case, hereby appears by and through his counsel, Jacob Ginsburg, Esq. PLLC, and demands, pursuant to Bankruptcy Rules 2002, 9007 and 9010(b), and other applicable law, that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned attorney or on his behalf, at the address set forth below:

> Jacob Ginsburg, Esq. PLLC
> One Concord Drive
> Monsey, NY 10952
> (845) 371-1914

**PLEASE TAKE FURTHER NOTICE**, that the foregoing demand includes not only the notices of papers referred to in the Bankruptcy Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or

1

conveyed by mail, delivery, telephone, telex or otherwise which affect or seek to affect in any way the Debtor or property or proceeds in which the Debtor may claim an interest.

**PLEASE TAKE FURTHER NOTICE** that said Creditor intends that neither this Notice of Appearance, Request for Service of Papers and Reservation of Rights nor any later appearance, pledge, claim or suit shall waive any procedural or substantive right, claim or defense, to which it/they, may be entitled, under applicable law, or in equity, all of which are expressly reserved, such that nothing contained herein should be considered an admission or a waiver of any kind.

Dated: Monsey, New York
      January 19, 2020

/s/Jacob Ginsburg
Jacob Ginsburg, Esq.
Jacob Ginsburg, Esq. PLLC
One Concord Drive
Monsey, NY 10952
(845) 371-1914

Attorney for Creditor Darren Singer