UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
In re                                                                    Chapter 7

    Leon Lowenthal                                          Case no.  19-24115 (DSJ)

                   Debtor.
---------------------------------------------------------x

# ORDER GRANTING APPLICATION FOR ALLOWANCE
# OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES

       Upon the application (the "Application") of Backenroth Frankel & Krinsky, LLP ("BFK"), attorneys for the Debtor, for allowance of interim compensation and reimbursement of expenses for professional services rendered and expenses incurred during this Chapter 11 case, and upon the hearing held before this Court on August 1, 2023, and after due deliberation, and consideration sufficient cause appearing therefore, it is

       ORDERED that the Application be, and it hereby is, granted to the extent set forth in the Schedule annexed hereto, and that the Chapter 7 Trustee pay that amount, less the $25,000 pre-petition retainer, leaving a net amount to be paid of $22,415.


Dated: New York, New York
       August 7, 2023

                                                        *s/ David S. Jones*
                                       HONORABLE DAVID S. JONES
                                       UNITED STATES BANKRUPTCY JUDGE

Case No.: 19-24115 (DSJ)

Case Name: Leon Lowenthal                                                                                    Schedule A

## FEE APPLICATION TOTALS
December 6, 2019 through July 10, 2020

| (1) Applicant | (2) Date/Document Number of Application | (3) Interim fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Hold-back Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| Backenroth Frankel & Krinsky, LLP | July 5, 2023 Docket No. 218 Application | $47,415 | $47,415 | $47,415 | -0- | $22,415 | -0- | -0- |
|  |  |  |  |  |  |  |  |  |

Revised September 2011            DATE ON WHICH ORDER WAS SIGNED: August 7, 2023            INITIALS: *DSJ*, USBJ

Case No.: 19-24115 (DSJ)

Case Name: Leon Lowenthal

**Schedule B**

### FINAL APPLICATION TOTALS
December 6, 2019 through July 10, 2020

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees Paid | (4) Total Expenses Requested | (5) Total Expenses Paid |
|---|---|---|---|---|
| Backenroth Frankel & Krinsky, LLP | $47,415 | $47,415 | -0- | -0- |
|  |  |  |  |  |

Revised September 2011    DATE ON WHICH ORDER WAS SIGNED: August 7, 2023    INITIALS: _DSJ_, USBJ